**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01026-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

MICHAEL R. O'CONNOR,,

    Applicant,

v.

TRAVIS TRANI, Warden Colorado State Penitentiary,

    Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

Applicant, Michael R. O'Connor, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Colorado State Penitentiary in Cañon City, Colorado.  Applicant has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    X    is not submitted
(2)    __    is missing affidavit
(3)    __    is missing certified copy of prisoner's trust fund statement for the 6-month

|      |     | period immediately preceding this filing |
|------|-----|-------------------------------------------|
| (4)  | X   | is missing certified statement showing current balance in prison account |
| (5)  | __  | is missing required financial information |
| (6)  | __  | is missing an original signature by the prisoner |
| (7)  | __  | is not on proper form (must use the court's current form) |
| (8)  | __  | names in caption do not match names in caption of complaint, petition or habeas application |
| (9)  | __  | An original and a copy have not been received by the court. Only an original has been received. |
| (10) | X   | other: **Although Applicant asserts in a Letter filed with the Court on April 10, 2014, that he has sent the $5.00 filing fee, the Court has not received the payment. To proceed, Applicant must pay the $5.00 filing fee if he does not request to proceed pursuant to 28 U.S.C. § 1915.** |

**Complaint, Petition or Application**:

| (11) | __ | is not submitted |
|------|----|------------------|
| (12) | __ | is not on proper form (must use the court's current form) |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page nos. __ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (17) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | __ | names in caption do not match names in text |
| (19) | __ | other: |

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Applicant shall obtain the Court-approved form used in filing a 28 U.S.C. § 1915 Motion, if necessary, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED April 11, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland  
United States Magistrate Judge