IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01026-BNB

MICHAEL R. O'CONNOR,

    Applicant,

v.

TRAVIS TRANI, Warden, Colorado State Penitentiary,

    Respondent.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a **presiding** judge and, if appropriate, to a **magistrate** judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge and, if appropriate, to a **magistrate** judge.

DATED May 22, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge