IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01026-MJW

MICHAEL R. O'CONNOR,

Applicant.

v.

TRAVIS TRANI, Warden, Colorado State Penitentiary,

Respondent.

**ORDER SETTING DEADLINE FOR FILING OF PILOT PROGRAM CONSENT FORM**

Entered by U.S. Magistrate Judge Michael J. Watanabe

The above-captioned case has been directly assigned to Magistrate Judge Michael J. Watanabe pursuant to the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges.  The parties are expected to become familiar with the Pilot Program (see Docket No. 14).

**IT IS HEREBY ORDERED that on or before July 10, 2014, the parties shall complete and file the Pilot Program Consent Form (see Docket No. 14), indicating either unanimous consent of the parties or that consent has been declined. Please note that this date is earlier than the default deadlines contemplated by the Pilot Program.**

DONE AND SIGNED THIS 27th DAY OF MAY, 2014.

BY THE COURT:

s/Michael J. Watanabe

────────────────────────────
MICHAEL J. WATANABE
United States Magistrate Judge